FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0276

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0276

_____

TWIN CREEKS FARM & RANCH LLC,

      Claimant and Appellant,

  v.

PETROLIA IRRIGATION DISTRICT, TWIN
CREEKS FARM & RANCH LLC, DANIEL W.
IVERSON,

      Objectors and Appellees,

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Stephen R. Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2021